IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              April 21, 2021
Courtroom Deputy: Anna Frank
Court Reporter:    Mary George

| | |
|---|---|
| Civil Action No. **20-cv-3819-WJM-STV** | Counsel: |
| ROCKY MOUNTAIN ASSOCIATION OF RECRUITERS, | Joshua Kirkpatrick<br>Grace McGuire<br>Jennifer Harpole |
| Plaintiff, | |
| v. | |
| SCOTT MOSS, *in his official capacity as Director of the Division of Labor Standards and Statistics of the Colorado Department of Labor and Employment,* | Evan Brennan |
| Defendant. | |

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

**10:05 a.m.**   Court in session.

Appearances of counsel. Director Scott Moss is also seated at counsel table.

Opening remarks by the Court regarding Plaintiff's Motion for Preliminary Injunction [ECF 7].

10:18 a.m.   Argument given on behalf of Plaintiff by Mr. Kirkpatrick.

11:11 a.m.   Argument given on behalf of Defendant by Mr. Brennan.

11:52 a.m.   Reply argument given on behalf of Plaintiff by Mr. Kirkpatrick.

**ORDERED:** Plaintiff's Motion for Preliminary Injunction [ECF 7] is taken under advisement.

**11:59 a.m.   Court in recess.**

Total time in court: 1:54

Hearing concluded.